IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

JOHNNY KEVIN HATFIELD,

    Plaintiff,

v.                                        CIVIL ACTION NO. 1:19-00893

ANDREW SAUL, COMMISSIONER
OF SOCIAL SECURITY,

    Defendant.

## MEMORANDUM OPINION AND ORDER

By Standing Order, this action was referred to United States Magistrate Judge Omar J. Aboulhosn for submission of findings and recommendation regarding disposition pursuant to 28 U.S.C. § 636(b)(1)(B).  Magistrate Judge Aboulhosn submitted to the court his Proposed Findings and Recommendation ("PF&R") on April 27, 2020, in which he recommended that the court deny plaintiff's request for remand; grant defendant's request to affirm the Commissioner's decision; affirm the final decision of the Commissioner; and dismiss the case from the court's docket.  In accordance with the provisions of 28 U.S.C. § 636(b), the parties were allotted fourteen days and three mailing days in which to file objections to Magistrate Judge Aboulhosn's Proposed Findings and Recommendation.  The failure of any party to file such objections within the time allowed constitutes a waiver of such party's right to a de novo review by this court.

Snyder v. Ridenour, 889 F.2d 1363 (4th Cir. 1989).  Neither party filed any objections to the PF&R within the required time period.  Accordingly, the court adopts the Findings and Recommendation of Magistrate Judge Aboulhosn as follows:

1. Plaintiff's request for remand is **DENIED**;

2. Defendant's request to affirm the Commissioner's Decision is **GRANTED**;

3. The final decision of the Commissioner is **AFFIRMED**;

4. This action is **DISMISSED**; and

5. This Clerk is directed to remove this case from the court's active docket.

The Clerk is further directed to send a copy of this Memorandum Opinion and Order to counsel of record and unrepresented parties.

**IT IS SO ORDERED** this 27th day of January, 2021.

> ENTER:
>
> *David A. Faber*
> David A. Faber
> Senior United States District Judge

2